IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

**COLEMAN JEFFERSON VAOGA,**

        Plaintiff,                                   Case No.: 3:21-cv-00342-RCJ-CSD

v.                                              MINUTES OF THE COURT

**ELY STATE PRISON, et al.,**              Date: November 8, 2022

        Defendant(s).

PRESENT: The Honorable **CRAIG S. DENNEY**, United States Magistrate Judge

Deputy Clerk:  DRM                      Reporter: None Appearing

Counsel for Plaintiff: None Appearing       Counsel for Defendant: None Appearing

Minute Order in Chambers:

**MOTIONS:** A document requesting a court order must be styled as a motion, not a letter. See Federal Rules of Civil Procedure 7. Letters to a judge will be disregarded. Pursuant to Fifth Amended Special Order 2012-01 (copy attached) your submissions shall be electronically submitted via ESP law library. Your letter is returned herewith.

        IT IS SO ORDERED.

                                                        DEBRA K. KEMPI, CLERK

                                                        By: _____/s/_____
                                                              Deputy Clerk